AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**FILED - LN**
November 27, 2023 11:25 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY: ___

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan

|  |  |  |
|---|---|---|
| BRAD Lee Johnson <br> *Petitioner* | ) ) ) ) ) ) | **1:23-cv-1234** <br> **Sally J. Berens** <br> **U.S. Magistrate Judge** |
| v. <br> All ["Judges"] & ["Prosecutors"] of/For centreville; mi <br> ST. Joseph county, mi. (Joint & severable) <br> Michigan Municipal Risk Management Authority et.al; et. seq... <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) ) ) ) ) | Case No. _____ <br> *(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: BRAD Lee Johnson

    (b) Other names you have used: _____

2.  Place of confinement:

    (a) Name of institution: ST. Joseph county Jail

    (b) Address: 650. E. Main Street centreville; mi 49032. P.O. Box 339

    (c) Your identification number: 702 44 2020

3.  Are you currently being held on orders by:

    ☐ Federal authorities     ☑ State authorities     ☐ Other - explain:

4.  Are you currently:

    ☑ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court ~~that sentenced you~~: Pretrial detainee) ST. Joseph County mi. 3B/district 8or45th circuit, 125. W. Main ST. centreville mi 49032

    (b) Docket number of criminal case: 222 458 4F H1

    (c) Date of sentencing: _____

    ☐ Being held on an immigration charge

    ☐ Other *(explain):* _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.      What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other (explain):   Violation of Const. 1963, art 1 § 20 Right to speedy trial - MCLA § 768.1; m.s.A § 28.1024; & U.S. Const. Amd. VI (1791)   ·> defendant BRADLee Johnson Arrest; 8/10/2022 To date; 11/15/2023 (15 months/6 days; Judges/Prosecutors have canceled 5 Trial dates

6.      Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   3B district & or 45th circuit court of ST Joseph county

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

_____

_____

_____

(d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.      **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes                    ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes              ☐ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

   _____

   _____

   _____

   _____

   _____

   _____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

_____

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes              ☐ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

   _____

   _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal:        _____

_____

_____

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❐ Yes                    ❐ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❐ Yes                    ❐ No

If "Yes," provide:

(1) Name of court:      _____

(2) Case number:      _____

(3) Date of filing:      _____

(4) Result:      _____

(5) Date of result:      _____

(6) Issues raised:      _____

_____

_____

_____

_____

(b)      Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❐ Yes                    ❐ No

If "Yes," provide:

(1) Name of court:      _____

(2) Case number:      _____

(3) Date of filing:      _____

(4) Result:      _____

(5) Date of result:      _____

(6) Issues raised:      _____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence:    _____

_____

_____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**
        Does this case concern immigration proceedings?
        ❏ Yes                         ❏ No
                If "Yes," provide:
        (a)    Date you were taken into immigration custody:    _____
        (b)    Date of the removal or reinstatement order:    _____
        (c)    Did you file an appeal with the Board of Immigration Appeals?
                ❏ Yes                         ❏ No
                If "Yes," provide:
                (1) Date of filing:    _____
                (2) Case number:    _____
                (3) Result:    _____
                (4) Date of result:    _____
                (5) Issues raised:    _____

_____

_____

_____

_____

        (d)    Did you appeal the decision to the United States Court of Appeals?
                ❏ Yes                         ❏ No
                If "Yes," provide:
                (1) Name of court:    _____
                (2) Date of filing:    _____
                (3) Case number:    _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Violation of const.1963, art 1 § 20 Right to speedy Trial - MCLA § 768.1; MSA § 28.1024.; Violation of 14Th, 5Th Due Process (U.S.C.A.)

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

defendant Brad Lee Johnson Arrest; 8/10/2022 To date 11/16/2023; (15 months & 6 days) incarcerated; Judges & Prosecutors have canceled 5 (demanded by defendant TRIAI dates (2/21/2023) & 4/19/2023) & 6/13/2023) &(8/1/2023) & 9/27/2023

(b) Did you present Ground One in all appeals that were available to you?

☐Yes          ☑No

**GROUND TWO:** Violation of U.S. const. Amd. VI (1791) Right to speedy Trial Violating defendants (Brad Lee Johnson)'s Right to Due Process under 5th & 14th Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Judges & Prosecutors of ST. Joseph county have canceled (5 Trial dates). Trial dates That were (Demand For Trial) dates - By the defendant - There is no witness' And there is no material evidence For Prosecution To prosecute This case No. 222 4584 FH1. rendering The 3 B district /45th circuit of ST. Joseph County mi. Moot / Mootness. These dates (2/21/2023) - 4/19/2023 (6/13/2023) - 8/1/2023 & 9/27/2023 on This courTS (styled), Records.

(b) Did you present Ground Two in all appeals that were available to you?

☐Yes          ☑No

**GROUND THREE:** defendant claims (Prosecutors & Judges styled) have (insufficent evidence [233 mich. App. 358] For Prosecution To Proceed)' rendering case no. 222 4584 FH1 Moot - of Mootness doctrine (Failure To Prosecute) Time Tolled For Prosecution -

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Judges And prosecutors of styled courts 3 B district & 45th circuit of ST Joseph county mi. Have Held defendant - incarcerated For 15 months & 6 days - have canceled - 5 Trial dates - Trial dates That were (demand For Trial.) Trial dates Through The defendants Attorneys - (Attorney withdrawing due To courts / Prosecutors Violations of law onto The defendant - Thus creating (Undue Burden on To Attorney - in a case Where There is no wittness' & no MATErial evidence.

(b) Did you present Ground Three in all appeals that were available to you?

☐Yes          ☐No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**  Opression; onto defendant- Violating 28 Appendix U.S.C. Sec 26 'Undue burden'- depriving defendant (me) of my (U.S.C.A.) Liberty intrest of my Right To Freedom-property -& to prosper (Life-limb-property) under the defendants rights (U.S.C.A.) rights (Failure To Prosecute) Timing Tolled)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Judges & Prosecutors have canceled 5 Trial dates (demand for Trial dates) by defendant BRAD Lee Johnson in the case no. 222 Y584FH1 Those dates canceled (2/21/2023) - 4/19/2023 - (6/13/2023) - 8/1/2023 & (9/27/2024 on The courts (styled) record

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: ~~defendant.~~ Petitioner respectfully requests This honorable court finds that the lower Tribunal court (Judges & Prosecutors) have (insufficent evidence [233 Mich. App. 358] for Prosecution To proceed) And For this (court-United States district court) To Find That The lower Tribunal Court has (Failed To Prosecute) And order the lower Tribunal court(s) 3B district & or The 45th circuit of ST Joseph county mi To - ([233. mich. APP. 360] discharge The Petitioner From the ST. Joseph county Jail at 650. E. Main Street. Centreville, mi. P.o. Box 739. Phone (269) 467-9045

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Was MAiled 11/16/2023 private (faimily) From St. Joseph canty Jail    CeatTevlie MI.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  11/16/2023

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Brad Yohnson
PO Box 339
Centreville Mich
49032

United St
113 Fede
315 W A
Lansing




**Retail**

U.S. POSTAGE PAID
FCM LG ENV
CENTREVILLE, MI 49032
NOV 20, 2023

48933

$2.07

RDC 99

R2305K139294-23

es District Court
 Bldg
egan St
ich        48933